IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00485-WJM-KLM

CLOUDPATH NETWORKS, INC., a Colorado corporation,

    Plaintiff,

v.

SECUREW2, INC., a Washington corporation;
JEFFREY GRIMM;
ROGER HANEY;
BHARAT RAM KASHYAP; and
BASZ UNIVERSAL, LLC, a Washington limited liability company,

    Defendants.

---

## STIPULATED ORDER PURSUANT TO F.R.E. 502(d)

---

The production of privileged or work-product protected documents, electronically stored information ("ESI") or information, whether inadvertently or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding. This Stipulated Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d).

Nothing contained herein is intended to or shall serve to limit a party's right to conduct a review of documents, ESI or information (including metadata) for relevance, responsiveness and/or segregation of privileged and/or protected information before production.

Respectfully submitted this 26th day of May, 2015.

| KUTAK ROCK LLP | HOLLAND & HART LLP |
|---|---|
| *s/ Chad T. Nitta* | *s/ Christopher H. Toll* |
| Chad T. Nitta | Christopher H. Toll |
| Blair E. Kanis | Holland & Hart LLP |
| 1801 California St., Suite 3000 | 6380 S. Fiddlers Green Circle, Suite 500 |
| Denver, CO 80202 | Greenwood Village, CO 80111 |
| Tel: 303-297-2400 | Tel: 303-290-1637 |
| chad.nitta@kutakrock.com | ctoll@hollandhart.com |
| blair.kanis@kutakrock.com | |

*Attorneys for Plaintiff*

Chuan Cheng
Holland & Hart LLP
555 17th Street, Suite 3200
Denver, CO 80202
Tel: 303-295-8408
ccheng@hollandhart.com

*Attorneys for Defendants SecureW2, Inc.; Roger Haney; Bharat Ram Kashyap; and Basz Universal, LLC*

IRELAND STAPLETON PRYOR & PASCOE, PC

*s/ K.C. Groves*
K.C. Groves
James R. Silvestro
717 17th Street, Suite 2800
Denver, CO 80202
Tel: 303-628-3642
kcgroves@irelandstapleton.com
jsilvestro@irelandstapleton.com

*Attorneys for Defendant Jeffrey Grimm*

**SO ORDERED**

Dated: May 28, 2015

Hon. Kristen L. Mix
United States Magistrate Judge