IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00485-WJM-KLM

CLOUDPATH NETWORKS INC., a Colorado corporation,

    Plaintiff,

v.

SECUREW2 INC., a Washington corporation,
JEFFREY GRIMM,
ROGER HANEY,
BHARAT RAM KASHYAP, and
BASZ UNIVERSAL LLC, a Washington limited liability company,

    Defendants.

---

## MINUTE ORDER

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on the parties'[1] **Joint Motion for Entry of Stipulated Protective Order [#42]**[2] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion [#42] is **GRANTED**. Accordingly,

IT IS FURTHER **ORDERED** that the Stipulated Protective Order [#42-1] supplied by the parties is **accepted** for filing and entered as an Order of the Court, with interlineations, as of the date of this Minute Order.

Dated: July 6, 2015

---

[1] Defendant SecureW2 B.V. was added to the case through the filing of the First Amended Complaint and Jury Demand [#37] on June 2, 2015. As a result, that Defendant has not yet appeared in this action and does not join in the Motion.

[2] "[#42]" is an example of the convention the Court uses to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF). The Court uses this convention throughout this Minute Order.