IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00485-WJM-KLM

CLOUDPATH NETWORKS INC., a Colorado corporation,

    Plaintiff,

v.

SECUREW2 INC., a Washington corporation,
JEFFREY GRIMM,
ROGER HANEY,
BHARAT RAM KASHYAP, and
BASZ UNIVERSAL LLC, a Washington limited liability company,

    Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Unopposed Motion to Modify Scheduling Order** [#51][1] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#51] is **GRANTED**. The Scheduling Order [#23] is amended to extend the following deadline:

- Deadline for Joinder of Parties and Amendment of Pleadings     **September 11, 2015**

    Dated: August 11, 2015

---

[1] "[#51]" is an example of the convention the Court uses to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF). The Court uses this convention throughout this Minute Order.