IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00485-WJM-KLM

CLOUDPATH NETWORKS INC., a Colorado corporation,

    Plaintiff,

v.

SECUREW2 B.V., a Dutch corporation,
SECUREW2 INC., a Washington corporation,
JEFFREY GRIMM,
ROGER HANEY,
BHARAT RAM KASHYAP, and
BASZ UNIVERSAL LLC, a Washington limited liability company,

    Defendants.
_____

# MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Joint Motion to Modify Scheduling Order** [#60][1] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#60] is **GRANTED**. The Scheduling Order [#23] is amended to extend the following deadlines:

- Affirmative Expert Disclosure Deadline    **February 16, 2016**
- Rebuttal Expert Disclosure Deadline    **March 8, 2016**
- Discovery Deadline    **March 16, 2016**
- Dispositive Motions Deadline    **May 2, 2016**

    IT IS FURTHER **ORDERED** that the Final Pretrial Conference set for May 16, 2016 at 10:00 a.m. is **VACATED** and **RESET** to **July 12, 2016** at **10:00 a.m.** in Courtroom A-401 of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.

---

[1] "[#60]" is an example of the convention I use to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF). I use this convention throughout this Minute Order.

IT IS FURTHER **ORDERED** that the proposed pretrial order shall be submitted on or before **July 5, 2016**.  The proposed pretrial order to be submitted to the Magistrate Judge under the ECF Procedures may be submitted in WordPerfect or pdf format and shall be emailed to the Magistrate Judge at *Mix_Chambers@cod.uscourts.gov*.

Dated:  November 10, 2015